*Feb. 1807.*

TERRY
v.
CAPEN.

---

### NATHANIEL TERRY *against* JOSIAH CAPEN.

Feb. 1807.

TERRY, before the court, called upon *Edwards*, counsel for the defendant, to say, whether he had a defence in this case.

it is sufficient for the counsel to say, that his client has instructed him to defend, and he expects the case will be tried, unless previously settled.

Under the rule for the defendant's counsel to say whether he has a defence,

*Edwards* said the defendant had instructed him to make a defence.

*Terry* insisted that the answer was insufficient; that the rule required him to say whether *he believed* his client had a defence, and moved that the defendant might be called.

Brainerd, J. said he would ask *Edwards* whether he expected the case would be tried?

*Edwards* answered, yes; unless certain propositions for a settlement should be acceded to.

The Court refused to call the defendant, Swift, Per. J. remarking, that he never liked the rule, and would not extend it beyond its strict application.